1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

| | |
|---|---|
| AL-HARETH AL-ALBUSTANI, | CASE NO. C22-5238JLR |
| Plaintiff, | ORDER |
| v. | |
| SEAN B. ALGER, et al., | |
| Defendants. | |

15    Before the court is Defendants Kristie Williams, Dean Reiner and Invoke, LLC's

16 (the "Moving Defendants") unopposed motion for additional time to respond to Plaintiff

17 Al-Hareth Al-Albustani's complaint.  (Mot. (Dkt. # 14); Compl. (Dkt. # 1).)  The Moving

18 Defendants assert that they were served with the summons and complaint on June 20,

19 2022, but retained counsel only recently and thus "need[] additional time to investigate

20 the claims asserted in the complaint."  (*See* Mot. at 2.)  They ask the court to extend their

21 deadline to respond to the complaint until August 12, 2022.  (*Id.*)  Mr. Al-Albustani does

22 not oppose this request.  (*Id.*)

ORDER - 1

1        For good cause shown, the Moving Defendants' unopposed motion (Dkt. # 14) is

2   GRANTED.  The Moving Defendants are ORDERED to answer or otherwise respond to

3   the complaint by August 12, 2022.

4        Dated this 12th day of July, 2022.

5

6                                _____

                                   JAMES L. ROBART

7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2