Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| AL-HARETH AL-ALBUSTANI, an individual, | Case No. 3:22-cv-05238-JLR |
| Plaintiff, | |
| v. | |
| SEAN B. ALGER, an individual, STEVE OUTTRIM, an individual, ALICIA TAYLOR, an individual, S.B. ALGER STUDIO PRODUCTIONS LLC, an Idaho limited liability company, EVAN WATSON, an individual, HARRISON LINDLEY, an individual, CLYDE LEWIS, an individual, ALPHA MEDIA LLC, a Delaware limited liability company; KAY STONE aka ASHLEA STINNETT; an individual, KRISTIE WILLIAMS, an individual, INVOKE, LLC, an Oregon limited liability company; DEAN REINER, an individual, SLOAN BELLA, an individual, CHANGE.ORG, a Delaware public benefit corporation; and JANE DOES and JOHN DOES 1-10, inclusive, | **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| | **NOTE ON MOTIONS CALENDAR: August 11, 2022** |
| Defendants. | |

This matter came before the Court on Defendants Kristie Williams, Dean Reiner, and

Invoke, LLC Unopposed Motion for Extension of Time to Enter Appearance.  The Court having

reviewed the Motion and the relevant record,

/ / /

ORDER EXTENDING TIME TO RESPOND TO
COMPLAINT
Case No. – 3:22-cv-05238-JLR

-1-

1    IT IS HEREBY ORDERED that the Motion is granted.  Defendants Kristie Williams,

2   Dean Reiner and Invoke, LLC may file their response to the Complaint by September 12, 2022,

3   or 21 days following the filing of an amended complaint, whichever is later.

4    Dated this 12th day of August, 2022.

5

6

7

8

9

10    _____

11    JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

12

13

14   Presented by:

15   TONKON TORP LLP

16   By: /s/ Steven M. Wilker
_____

17    Steven M. Wilker, WSBA No. 33933
Parna Mehrbani, WSBA No. 41631

18
    Attorneys for Defendants Kristie Williams,

19   Dean Reiner and Invoke, LLC

20

21

22

23

24

25

26

ORDER EXTENDING TIME TO RESPOND TO
COMPLAINT
Case No. – 3:22-cv-05238-JLR

-2-

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon  97204
T 503-221-1440 – F 503-.274-8779

**CERTIFICATE OF SERVICE**

1

2        I certify that I am an attorney at the law firm of Tonkon Torp LLP in Portland, Oregon.  I
am a U.S. citizen over the age of eighteen years and not a party to the within cause.  On the date

3   shown below, I caused to be served a true and correct copy of the foregoing **ORDER
EXTENDING TIME TO ENTER APPEARANCE** on counsel of record for all other parties to

4   this action as indicated below:

5
            Susan Ford

6           susan@resnovalaw.net
            RES NOVA LAW

7           2005 SE 192nd Avenue, #200
            Camas, WA  98607

8
            Attorneys for Plaintiff

9

10
        ☒        by electronic means through the Court's Case Management/Electronic Case

11                 File system on the date set forth below.

12        I declare under penalty of perjury under the laws of the state of Oregon that the foregoing is
true and correct.

13
        DATED:  August 11, 2022

14

15                                          By    s/ *Steven M. Wilker*
                                                Steven M. Wilker, WSBA #33933

16   043090\00001\13908151v1

17

18

19

20

21

22

23

24

25

26