UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AL-HARETH AL-ALBUSTANI,<br><br>Plaintiff,<br><br>v.<br><br>SEAN B. ALGER, et al.,<br><br>Defendants. | CASE NO. C22-5238JLR<br><br>ORDER |

On July 26, 2022, the court ordered Mr. Al-Bustani[1] to provide proof of service for the following Defendants within 45 days: Steve Outtrim, Evan Watson, and Harrison Lindley. (7/26/22 Order (Dkt. # 30).) The court warned Mr. Al-Bustani that failure to provide proof of service before the 45-day period expired on September 16, 2022 would result in dismissal without prejudice of the un-served Defendants from this action. (*Id.*)

---

[1] In prior filings, Plaintiff was identified as Al-Hareth Al-Albustani. Plaintiff's amended complaint seeks to correct the spelling of his name to "Al-Hareth Al-Bustani." (*See* Mot. to Am. Comp. (Dkt. # 38) at 6.) Accordingly, the court will refer to Plaintiff using the corrected spelling of his name.

ORDER - 1

Mr. Al-Bustani, however, has not provided proof that he has served any of these three Defendants.[2] (*See generally* Dkt.)

If a defendant is not served within 90 days after the complaint is filed or after an appropriate extension, the court must dismiss without prejudice any action against that defendant. *See* Fed R. Civ. P. 4(m). Here, Mr. Al-Bustani has failed to provide proof of service for Mr. Outtrim, Mr. Watson, and Mr. Lindley, even after a 45-day extension to effect service. (*See generally* 7/26/22 Order at 3; Dkt.) Accordingly, the court DISMISSES Steve Outtrim, Evan Watson, and Harrison Lindley from this action. Mr. Al-Bustani's claims against these Defendants are dismissed without prejudice.

Dated this 19th day of September, 2022.

JAMES L. ROBART
United States District Judge

---

[2] In its July 26, 2022 order, the court also ordered Mr. Al-Bustani to provide proof of service for Defendant Kay Stone. (*See* 7/26/22 Order at 1-2.) Although Mr. Al-Bustani has also failed to provide proof of service as to Ms. Stone (*see generally* Dkt.), he informs the court that he has learned that her real name is Ashley Stinnett and represents that he will serve Ms. Stinnett after he correctly identifies her in the amended complaint (*see* OSC Resp. (Dkt. # 27)). Because Mr. Al-Bustani has a pending motion for leave to file an amended complaint (*see* Mot. to Am. Comp.), the court will not dismiss Ms. Stinnett at this time.

ORDER - 2