Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| AL-HARETH AL-BUSTANI, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SEAN B. ALGER, et al.,<br><br>　　　　　　Defendants. | Case No. 3:22-cv-05238JLR<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**NOTE ON MOTIONS CALENDAR: October 4, 2022** |

　　　This matter came before the Court on Defendants Kristie Williams, Dean Reiner, and Invoke, LLC Unopposed Motion for Extension of Time to Enter Appearance. The Court having reviewed the Motion and the relevant record,

/ / /

IT IS HEREBY ORDERED that the Motion is granted. Defendants Kristie Williams, Dean Reiner and Invoke, LLC may file their response to the Amended Complaint by October 21, 2022.

Dated this 7th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE           -2-
Case No. – 3:17-cv-05150 RBL