UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AL-HARETH AL-BUSTANI,

Plaintiff,

v.

SEAN B. ALGER, et al.,

Defendants.

CASE NO. C22-5238JLR

ORDER

Before the court is Plaintiff Al-Hareth Al-Bustani's unopposed motion to extend pretrial deadlines.  (Mot. (Dkt. # 49).)  Mr. Al-Bustani asks the court to extend the deadlines originally set forth in the court's September 20, 2022 initial scheduling order by 45 days.  (*See id*.; 9/20/22 Sched. Order (Dkt. # 43).)  Counsel for Mr. Al-Bustani represents (1) that she reached out to all Defendants by email; (2) that all Defendants except *pro se* Defendant Sloan Bella agreed with the motion to extend deadlines; and (3) that although she attempted to reach Ms. Bella via email regarding this motion, Ms.

1    Bella did not respond.  (Mot. at 1-2; Ford Decl. (Dkt. # 50) ¶¶ 3-4.)[1]  Mr. Al-Bustani

2    represents that the additional time will allow Defendants to respond to his recently

3    amended complaint before the parties hold their discovery conference pursuant to Federal

4    Rule of Civil Procedure 26(f).  (Mot. at 2.)

5        The court GRANTS Mr. Al-Bustani's unopposed motion to extend pretrial

6    deadlines (Dkt. # 49) and DIRECTS the Clerk to reset the initial scheduling deadlines as

7    follows:

|  | Prior Deadline | New Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference: | 10/4/2022 | 11/18/2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 10/18/2022 | 12/2/2022 |
| Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and local rule 26(f) | 10/25/2022 | 12/9/2022 |

Dated this 12th day of October, 2022.

JAMES L. ROBART
United States District Judge

---

[1] Although Ms. Bella did not respond to Ms. Ford's attempts to confer with her, Ms. Bella filed a document with the court on October 3, 2022, indicating her unavailability between October 18 and 31 due to travel, and referring to the pretrial deadlines the other parties now seek to modify.  (*See* Response (Dkt. # 46).)

ORDER - 2