UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AL-HARETH AL-BUSTANI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SEAN B. ALGER, et al.,<br><br>Defendants. | CASE NO. C22-5238JLR<br><br>ORDER |

Before the court is Defendant Gen Media Partners LLC's ("Gen Media") unopposed motion to extend the deadline for Gen Media to answer Plaintiff Al-Hareth Al-Bustani's amended complaint. (*See* Mot. (Dkt. # 64); *see also* Am. Compl. (Dkt. # 44).) Gen Media seeks to extend the deadline to answer Mr. Al-Bustani's amended complaint, without waiving any defenses, by 29 days, from November 17, 2022 to December 16, 2022. (*See* Mot. at 1-2.) Mr. Al-Bustani does not oppose the motion. (*Id.*)

The court GRANTS Gen Media's motion to extend the deadline to answer Mr. Al-Bustani's amended complaint (Dkt. # 64). Gen Media must answer, move, or

ORDER - 1

otherwise plead in response to Mr. Al-Bustani's amended complaint (Dkt. # 44) on or before December 16, 2022.

Dated this 28th day of November, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2