|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| AL-HARETH AL-BUSTANI,<br><br>            Plaintiff,<br><br>    v.<br><br>SEAN B. ALGER, et al.,<br><br>            Defendants. | CASE NO. C22-5238JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court DIRECTS *pro se* Defendants Bella Sloan and Louis Clyde Holder[1] to file any objections or proposed modifications to the Joint Status Report ("JSR") filed by Plaintiff Al-Hareth Al-Bustani and Defendants Gen Media Partners LLC, Sean B. Alger, and S.B. Alger Studio Productions LLC (*see* JSR) no later than December 30, 2022. If

---

[1] Ms. Bella and Mr. Holder did not participate in discussions regarding the JSR and did not sign the document. (*See* JSR (Dkt. # 76).)

MINUTE ORDER - 1

neither Ms. Bella nor Mr. Holder seeks modifications to the JSR, the court will enter a scheduling order pursuant to the existing JSR.

Filed and entered this 15th day of December, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2