UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AL-HARETH AL-BUSTANI,<br><br>        Plaintiff,<br><br>   v.<br><br>SEAN B. ALGER, et al.,<br><br>        Defendants. | CASE NO. C22-5238JLR<br><br>ORDER TO SHOW CAUSE |

Federal Rule of Civil Procedure 4 requires a plaintiff to serve each defendant with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing so. Federal Rule of Civil Procedure 4(m), which provides the timeframe in which service must be effectuated, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

ORDER - 1

*Id.*; *see also Boden v. City of Topeka, Kan.*, 441 F.3d 1129, 1148 (10th Cir. 2006) (requiring newly added defendants to be served within 90 days after an amended complaint is filed).

On September 19, 2022, the court dismissed Mr. Al-Bustani's claims against Defendants Steven Outtrim, Evan Watson, and Harrison Lindley without prejudice because Mr. Al-Bustani had failed to effectuate service of process on these Defendants within 90 days of filing his complaint and after a 45-day extension permitted by the court. (*See* 9/19/22 Order (Dkt. # 41)).  Mr. Al-Bustani filed an amended complaint on September 22, 2022, again asserting claims against Mr. Outtrim, Mr. Watson, and Mr. Lindley.  (*See* Am. Compl. (Dkt. # 44) ¶¶ 6, 10, 11.)  Mr. Al-Bustani's amended complaint also asserts, for the first time, claims against James Maiden (*id.* ¶ 9), and Ashlea Stinnett, a.k.a. Kay Stone (*id.* ¶ 7).[1]  The deadline for Mr. Al-Bustani to serve the amended complaint on Mr. Outtrim, Ms. Stinnett, Mr. Maiden, Mr. Watson, and Mr. Lindley was December 21, 2022, *see* Fed. R. Civ. P. 4(m), but Mr. Al-Bustani has not provided proof of service for any of these Defendants (*see* Dkt).

Accordingly, the court ORDERS Plaintiff to SHOW CAUSE by no later than January 9, 2023, why Defendants Steven Outtrim, Ashlea Stinnett, James Maiden, Evan Watson, and Harrison Lindley should not be dismissed from this action for failure to

---

[1] Mr. Al-Bustani had previously misidentified Ms. Stinnett in his original complaint and indicated he would serve her after identifying her correctly in his amended complaint.  (*See* OSC Resp. (Dkt. # 27) at 2-3; *see also* 9/19/22 Order at 2 n.1.)

ORDER - 2

comply with Rule 4(m). If Mr. Al-Bustani does not demonstrate good cause for the failure, the court will dismiss the above-named Defendants without prejudice.[2]

Dated this 28th day of December, 2022.

*[signature]*

JAMES L. ROBART
United States District Judge

---

[2] This serves as Mr. Al-Bustani's third warning from the court that defendants who are not timely served must be dismissed from this action. (*See* 9/19/22 Order at 2; 7/13/22 OSC (Dkt. # 17) at 2.)

ORDER - 3