THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AL-HARETH AL-BUSTANI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SEAN B. ALGER, an individual; JAMES, MAIDEN, an individual; STEVE OUTTRIM, an individual; S.B. ALGER STUDIO PRODUCTIONS LLC, an Idaho limited liability company; EVAN WATSON, an individual; HARRISON LINDLEY, an individual; LOUIS CLYDE HOLDER a/k/a CLYDE LEWIS, an individual; ASHLEA STINNETT, a/k/a KAY STONE, an individual; KRISTIE WILLIAMS, an individual; INVOKE, LLC, an Oregon limited liability company; DEAN REINER, an individual; BELLA SLOAN aka SLOAN BELLA, an individual; GEN MEDIA PARTNERS LLC dba G NETWORKS, a Delaware limited liability company; and G NETWORKS LLC f/k/a SUN AUDIO NETWORKS LLC, a Delaware limited liability company.<br><br>Defendants. | Case No.: 3:22-cv-05238-JLR<br><br>~~[PROPOSED]~~ ORDER GRANTING DEFENDANT GEN MEDIA PARTNERS LLC'S UNOPPOSED MOTION TO EXTEND SECOND AMENDED COMPLAINT RESPONSE DEADLINE<br><br>NOTE ON MOTION CALENDAR:<br>MARCH 2, 2023<br>WITHOUT ORAL ARGUMENT |

THIS MATTER came before this Court upon Defendant Gen Media Partners LLC's Unopposed Motion to Extend Second Amended Complaint Response Deadline ("Gen Media's Unopposed Motion"). Having reviewed Gen Media's Motion, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that Gen Media's Unopposed Motion is GRANTED. It is FURTHER ORDERED that Defendant Gen Media Partners LLC's deadline to

answer, move, or otherwise plead in response to Plaintiff's Second Amended Complaint is March 24, 2023.

DATED this 3rd day of March, 2023.

*[signature]*
THE HONORABLE JAMES L. ROBART

Presented by,

*s/ James R. Morrison*
James R. Morrison, WSBA No. 43043
Baker & Hostetler LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4040
Phone: (206) 332-1380
E-mail: jmorrison@bakerlaw.com
         btaylor@bakerlaw.com

*Attorney for Gen Media Partners LLC*

[PROPOSED] ORDER GRANTING DEFENDANT GEN MEDIA PARTNERS LLC'S UNOPPOSED MOTION TO EXTEND SECOND AMENDED COMPLAINT RESPONSE DEADLINE - 2
Case No. 3:22-cv-05238-JLR