UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AL-HARETH AL-BUSTANI,<br><br>                Plaintiff,<br><br>   v.<br><br>SEAN B. ALGER, et al.,<br><br>                Defendants. | CASE NO. C22-5238JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff Al-Hareth Al-Bustani's unopposed motion for extension of time to respond to Defendant Gen Media Partners LLC's ("Gen Media") motion to dismiss Mr. Al-Bustani's second amended complaint. (Mot. (Dkt. # 98).) Mr. Al-Bustani's response to Gen Media's motion to dismiss is due April 17, 2023. (*See* MTD (Dkt. # 97) (noted for April 21, 2023)); *see also* Local Rules W.D. Wash. LCR 7(d)(3) (requiring opponent to file a response to a motion to dismiss no later than the

MINUTE ORDER - 1

Monday before the noting date). Mr. Al-Bustani asserts that an extension is necessary because his attorney has depositions and other, competing court deadlines. (Mot. at 2.)

"Parties should not assume that the motion will be granted and must comply with the existing deadline unless the court orders otherwise." *See* Local Rules W.D. Wash. LCR 7(j). "When an act . . . must be done within a specified time, the court, may, for good cause, extend the time." Fed. R. Civ. P. 6(b)(1). In the court's view, Mr. Al-Bustani has not shown good cause for an extension of time. To the contrary, the statements in his motion show that his counsel simply prioritized other matters over this litigation. (*See* Mot. at 2.)

Accordingly, the court DENIES Mr. Al-Bustani's motion for extension of time (Dkt. # 98). Mr. Al-Bustani must file a response to Gen Media's motion to dismiss his second amended complaint by no later than Monday, April 17, 2023. *See* Local Rules W.D. Wash. LCR 7(b)(2) ("[I]f a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit.").

Additionally, the court reminds Mr. Al-Bustani that complying with this District's Local Rules, including the Local Rules's word count certification and formatting requirements, is not optional. *See* Local Rules W.D. Wash. LCR 7(e)(6), 10(e)(1), Appendix A.

MINUTE ORDER - 2

Filed and entered this 13th day of April, 2023.

                RAVI SUBRAMANIAN
                Clerk of Court

                s/ Ashleigh Drecktrah
                Deputy Clerk

MINUTE ORDER - 3