UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AL-HARETH AL-BUSTANI,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN B. ALGER, et al.,<br><br>    Defendants. | CASE NO. C22-5238JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On December 6, 2023, Plaintiff Al-Hareth Al-Bustani filed an "unopposed" motion for an extension of time seeking to continue all pre-trial deadlines and the trial date in this matter. (Mot. (Dkt. # 124) at 1 (noting the motion for consideration on the same day it was filed), 2 (proposing a trial date of July 25, 2024).) Mr. Al-Bustani indicated the motion is "unopposed" because Defendants Sean B. Alger and S.B. Alger Studio Productions, LLC affirmatively agreed to the motion whereas *pro se* Defendants

MINUTE ORDER - 1

Sloan Bella and Louis Clyde Holder did not respond to Plaintiff's counsel's inquiry regarding the motion "and, therefore, have not opposed" it. (Mot. at 1-2.)

The court considers a motion to be unopposed when the moving party obtains an affirmative representation from all other parties to the matter that they do not oppose the motion. Because Mr. Holder and Ms. Bella have not affirmatively represented that they do not oppose the motion, the motion is not unopposed. Accordingly, the court DENIES Mr. Al-Bustani's motion (Dkt. # 124) without prejudice. If Mr. Al-Bustani wishes to renew his motion, he may either (1) file a new, unopposed motion to continue the pre-trial deadlines and trial date if he obtains an affirmative representation from all other parties to this matter that they do not oppose the motion, or (2) file a standard motion to continue and note the motion in accordance with Local Civil Rule 7(d)(3). *See* Local Rules W.D. Wash. 7(d)(3) (governing third and fourth Friday motions). The court notes that it is unlikely to grant a 45-day continuance as Mr. Al-Bustani's proposed trial date of July 25, 2024 conflicts with other matters on the court's trial calendar. If Mr. Al-Bustani renews his motion, he is advised to propose a new trial date in late 2024 or early 2025.

Filed and entered this 7th day of December, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2