UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AL-HARETH AL-BUSTANI, | CASE NO. C22-5238JLR |
| Plaintiff, | ORDER |
| v. | |
| SEAN B. ALGER, et al., | |
| Defendants. | |

On November 30, 2023, counsel for Plaintiff Al-Hareth Al-Bustani, Susan L. Ford, notified the court via email that Mr. Al-Bustani and Defendants Sean B. Alger and SB Alger Studio Productions, LLC (together, the "Alger Defendants") were engaged in a discovery dispute. (12/4/23 Min. Order (Dkt. # 123) at 1.) According to Ms. Ford, the Alger Defendants objected to answering in full Mr. Al-Bustani's interrogatories based on the limits imposed by Federal Rule of Civil Procedure 33(a)(1). (*Id.* at 1-2); *see also* Fed. R. Civ. P. 33(a)(1) ("Unless otherwise stipulated or ordered by the court, a party may serve on any other party no more than 25 written interrogatories, including all discrete

ORDER - 1

subparts."). The court entered a minute order (1) directing the parties to file one-page letter briefs setting forth their respective positions on their dispute by no later than December 8, 2023, and (2) instructing that the court would rule on the dispute in a written order. (12/4/23 Min. Order at 2.) On December 8, 2023, however, the parties filed a stipulation indicating that they had "agreed to avoid further process in exchange for a commitment by the [Alger Defendants] to provide complete responses to Plaintiff's outstanding interrogatories on December 11, 2023." (Stip. (Dkt. # 128).)

On December 18, 2023, Ms. Ford again contacted the court via email and informed the court that she intends to file a motion for sanctions against the Alger Defendants. According to Ms. Ford, the Alger Defendants have failed to abide by their stipulation because they have not provided complete interrogatory responses and instead continue to object to the number of interrogatories pursuant to Rule 33(a)(1). In addition, Ms. Ford alleges that the Alger Defendants (1) have not provided complete, legible, and Bates-labeled documents in response to Mr. Al-Bustani's requests for production, and (2) have failed to remit payment of attorney's fees as required by the court's October 25, 2023 order. (*See* 10/25/2023 Order (Dkt. # 115) at 8-9 (granting Mr. Al-Bustani's motion for attorney's fees and ordering the Alger Defendants to remit payment of $2,246.00 to Ms. Ford).)

In an effort to expediently resolve the parties' dispute, the court ORDERS as follows:

    1. The court previously ruled that the Alger Defendants have waived objections to Mr. Al-Bustani's discovery requests. (9/22/23 Min. Entry (Dkt. # 110)

(ruling that the Alger Defendants waived objections and ordering them to respond to Mr. Al-Bustani's discovery requests by no later than October 6, 2023).) Accordingly, the Alger Defendants must provide full and complete responses, without objection, to Mr. Al-Bustani's interrogatories by no later than **January 5, 2024**.

2. Mr. Al-Bustani shall provide the Alger Defendants a list of documents that he asserts are not complete and/or legible by no later than **January 5, 2024**. The Alger Defendants shall provide complete and legible copies of the deficient documents identified by Mr. Al-Bustani, without objection, by no later than **January 12, 2024**.

3. The Alger Defendants shall remit payment of $2,246.00 to Ms. Ford by no later than **January 12, 2024**. (*See* 10/25/2023 Order at 8-9.) Alternatively, the Alger Defendants must SHOW CAUSE by no later than **January 12, 2024** why they cannot remit payment by that date.

4. The Alger Defendants are advised that failure to fully comply with this order may result in sanctions up to and including the entry of default in Mr. Al-Bustani's favor.

5. The court GRANTS Mr. Al-Bustani leave to file a motion for sanctions after January 5, 2024, in the event that the Alger Defendants fail to fully comply with this order.

Dated this 21st day of December, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 3