UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AL-HARETH AL-BUSTANI,<br><br>        Plaintiff,<br><br>   v.<br><br>SEAN B. ALGER, et al.,<br><br>        Defendants. | CASE NO. C22-5238JLR<br><br>ORDER |

Before the court is Plaintiff Al-Hareth Al-Bustani's motion to continue the trial date and all unexpired pretrial deadlines in this matter. (Mot. (Dkt. # 129).) Defendants Sean B. Alger and S.B. Alger Studio Productions, LLC (together, the "Alger Defendants") do not oppose the motion. (Mot. at 1.) Defendant Sloan Bella did not respond to the motion. (*See generally* Dkt.) Mr. Al-Bustani asks the court to continue the trial from its current scheduled date of June 10, 2024, to October 14, 2024, and to reset the pretrial deadlines in accordance with the new trial date. (*Id.* at 2; *see also* Sched. Order (Dkt. # 92) at 1-2.) Mr. Al-Bustani seeks a continuance based on delays in

ORDER - 1

obtaining discovery from Defendant Louis Clyde Holder and the Alger Defendants. (Mot. at 2-3.) Mr. Al-Bustani asserts that absent a continuance, he "will be prejudiced in his ability to provide relevant documents and discovery responses to his computer forensic expert for its expert report and will be unable to adequately prepare for depositions and trial." (*Id.* at 3. *See, e.g.*, 9/22/23 Min. Entry (Dkt. # 110) (ordering the Alger Defendants to respond to Mr. Al-Bustani's discovery requests); 12/21/23 Order (Dkt. # 132) (same).)

The court issues scheduling orders setting trial and related dates to provide a reasonable schedule for the resolution of disputes. Pursuant to Federal Rule of Civil Procedure 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Finding good cause,[1] the court GRANTS Mr. Al-Bustani's motion to continue the trial date (Dkt. # 129), resets the parties' jury trial to **September 23, 2024** (the court's closest available trial date to the parties' requested date), and resets all pretrial deadlines after and including the discovery motions deadline. The court DIRECTS the Clerk to issue a revised case schedule that resets these pretrial deadlines based on the new trial date.

Dated this 11th day of January, 2024.

JAMES L. ROBART
United States District Judge

---

[1] After filing the instant motion, Mr. Al-Bustani obtained case-dispositive sanctions against Mr. Holder. (12/13/23 Order (Dkt. # 130).) Because default has been entered against Mr. Holder (Default Entry (Dkt. # 131), his delays in responding to discovery do not justify a trial continuance. The court's finding of good cause is based only on delay by the Alger Defendants.

ORDER - 2