1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
                                      AT SEATTLE

9

10      AL-HARETH AL-BUSTANI,                    CASE NO. C22-5238JLR

11                         Plaintiff,            ORDER

                  v.
12

13      SEAN B. ALGER, et al.,

                           Defendants.
14

15          Before the court is Plaintiff Al-Hareth Al-Bustani's response to the court's June

16   28, 2024 order to show cause.  (OSC Resp. (Dkt. # 157); *see also* 7/1/24 Order (Dkt.

17   # 156) at 27.)  The court ORDERS as follows:

18          1.  The court DISCHARGES its June 28, 2024 order to show cause.  (7/1/24

19   Order at 27.)

20          2.  Mr. Al-Bustani's claims against Defendants Louis Clyde Holder, Sean B.

21   Alger, and S.B. Alger Studio Productions (together with Mr. Alger, the "Alger

22   Defendants") for (1) violations of the Washington Personality Rights Act, and

ORDER - 1

1  (2) invasion of privacy (false light), are DISMISSED with prejudice.  (*See* 7/1/24 Order

2  at 27 (ordering Mr. Al-Bustani to show cause why the court should not dismiss these

3  claims with prejudice); OSC Resp. at 2 (responding that Mr. Al-Bustani "requests and

4  consents" to the dismissal); *see also* SAC (Dkt. # 94) at 18-19.)

5          3.  Having disposed of all outstanding claims in this matter, the court

6  VACATES all remaining pre-trial deadlines and the September 23, 2024 trial date.  (*See*

7  *generally* Sched. Order (Dkt. # 137).)

8          4.  Mr. Al-Bustani shall file his motion for reasonable attorney's fees and costs

9  by no later than **July 22, 2024**, and note the motion in accordance with Local Civil Rule

10  7(d)(3).  Local Rules W.D. Wash. LCR 7(d)(3) (governing 21-day motions).  (*See* 7/1/24

11  Order at 25-27 (preliminarily granting Mr. Al-Bustani's request for attorney's fees and

12  costs and advising that the court would "direct Mr. Al-Bustani to file his [fee]

13  motion . . . after the court disposes of his outstanding claims").

14          5.  The court notes it has previously awarded Mr. Al-Bustani certain attorney's

15  fees and costs as a sanction for the Alger Defendants' violations of the court's discovery

16  orders.  (*See* 9/22/23 Min. Entry (Dkt. # 110); 10/25/23 Order (Dkt. # 115) at 8-9; *see*

17  *also* 2/7/24 Order (Dkt. # 145) at 3 n.1.)  Mr. Al-Bustani must ensure his request for

18  reasonable attorney's fees and costs does not reflect an impermissible double recovery.

19          6.  In addition, the court notes it has granted default judgment in Mr.

20  Al-Bustani's favor against multiple defendants, some of whom are separately liable from

21  one another.  (*See* 7/1/24 Order at 22 (ordering that Defendant James Maiden and Mr.

22  Holder shall each be individually liable for $675,000, whereas the Alger Defendants shall

1   be jointly and severally liable for $675,000).)  The court intends to allocate attorney's and

2   costs among the defaulted defendants in "the most fair and sensible" manner possible.

3   *Keating v. Jastremski*, No. 3:15-cv-57-L-AGS, 2021 WL 1195868, at *8 (S.D. Cal. Mar.

4   30, 2021) (quoting *Grendel's Den, Inc. v. Larkin*, 749 F.2d 945, 960 (1st Cir. 1984)).

5   Accordingly, Mr. Al-Bustani shall fashion his request for attorney's fees and costs in a

6   manner that fairly reflects the amount of time attributable to his claims against Mr.

7   Maiden, Mr. Holder, and the Alger Defendants.

8           7.  The court will enter final judgment after determining the amount of Mr.

9   Al-Bustani's fee award.

10          Dated this 8th day of July, 2024.

11

12                                          _____
                                            JAMES L. ROBART
                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

ORDER - 3