THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

| | |
|---|---|
| AL-HARETH AL-BUSTANI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>SEAN B. ALGER, an individual; JAMES MAIDEN, an individual; STEVE OUTTRIM, an individual; S.B. ALGER STUDIO PRODUCTIONS LLC, an Idaho limited liability company; EVAN WATSON, an individual; HARRISON LINDLEY, an individual; LOUIS CLYDE HOLDER a/k/a CLYDE LEWIS, an individual; ASHLEA STINNETT a/k/a KAY STONE, an individual; KRISTIE WILLIAMS, an individual; INVOKE, LLC, an Oregon limited liability company; DEAN REINER, an individual; BELLA SLOAN aka SLOAN BELLA, an individual; GEN MEDIA PARTNERS LLC d/b/a G NETWORKS, a Delaware limited liability company; and G NETWORKS LLC f/k/a SUN AUDIO NETWORKS LLC, a Delaware limited liability company.<br><br>    Defendants. | Case No.: 3:22-cv-05238-JLR<br><br>[~~PROPOSED~~] PERMANENT INJUNCTION AGAINST DEFENDANTS JAMES MAIDEN, LOUIS CLYDE HOLDER AKA CLYDE LEWIS, AND SEAN B. ALGER |

    1.   Pursuant to this Court's authority under Federal Rule of Civil Procedure 65 and 17 U.S.C. § 502(a), Defendants James Maiden ("Maiden"), Louis Clyde Holder aka

[~~PROPOSED~~] PERMANENT INJUNCTION AGAINST DEFENDANTS     Page 1

RES NOVA LAW
1050 SW 6th Ave., Ste. 1100
Portland, OR 97204
Telephone: (503) 388-3110

EXHIBIT 1

Clyde Lewis ("Holder"), and Sean B. Alger ("Alger")(collectively, "Defendants"), their agents, servants, employees, attorneys and other persons who are in active concert or participation with them, are hereby permanently ENJOINED and RESTRAINED from engaging in any of the following acts or practices:

    a. reproducing, distributing, displaying or making any other infringing uses of the following copyrighted works:

        i. *Baphomet: The Temple Mystery Unveiled*. Reg. No. TX0008964699;

        ii. *Clock Shavings*. Reg No. TX0009001793;

        iii. *Genuflect*. Reg. No. TX0009002253;

        iv. *Hocus Pocus: The Magical Power of Saint Peter*. Reg. No. TX0009002591;

        v. *The Judas Goat: The Substitution Theory of the Crucifixion*. Reg. No. TX0009002255;

        vi. *The Merovingian Mythos and the Mystery of Rennes-le-Chateau*. Reg. No. TX0008996661;

        vii. *Money Grows on the Tree of Knowledge*. Reg. No. TX0009002265;

        viii. *Novus Mysterium Baphometis Revelatum*. Reg. No. TXu002268386 (Alternative title on Application: *Mysterium Baphometis Revelatum*); and

        ix. *Solomon's Treasure: The Magic and Mystery of America's Money*. Reg. No. TX0009001798.

    b. modifying, altering or incorporating copyright-protected elements of the copyrighted works listed in Paragraph 1(a) ("the Works") in new works and;

    c. using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Works or derivatives thereof, to distribute (i.e., upload) any of Plaintiffs' Works or derivatives thereof, or to make any of

Plaintiffs' Works or derivatives thereof available for distribution to the public, except pursuant to a lawful license and with the express authority of Plaintiff;

d. assisting, aiding or abetting any other person or entity in engaging or performing any of the activities referred to in Paragraphs 1(a)-1(c) above.

2. Pursuant to 17 U.S.C. § 503(b), the Court orders that Defendants each shall also destroy all copies of Plaintiffs' Works that Defendants have downloaded onto any computer hard drive or server without Plaintiffs' authorization or uploaded to any cloud-based system, application or website that they control and each shall also destroy all copies of such Works transferred onto any physical medium or device in Defendants' possession, custody, or control.

Dated this 15th day of August, 2024.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

Presented by:

RES NOVA LAW


By _s/ Susan Ford_____

Susan Ford, WSB No. 28015
1050 SW 6th Ave., Ste. 1100
Portland, OR 97204
503-388-3110
susan@resnovalaw.net

*of Attorneys for Plaintiff Al-Hareth Al-Bustani*