# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| AL-HARETH AL-BUSTANI,<br><br>               Plaintiff,<br><br>    v.<br><br>SEAN B. ALGER, et al.,<br><br>               Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C22-5238JLR |

   \_\_\_    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Based on the court's July 1, 2024 order (Dkt. # 156), July 8, 2024 order (Dkt. # 158), and August 15, 2024 orders (Dkt. ## 164-65), the court enters default judgment in favor of Plaintiff Al-Hareth Al-Bustani and against Defendants Sean B. Alger, S.B. Alger Studio Productions, LLC (together with Mr. Alger, the "Alger Defendants"), Louis Clyde Holder, and James Maiden (collectively, "Defendants") as follows:

1. Default judgment is entered against Mr. Alger, Mr. Holder, and Mr. Maiden on Mr. Al-Bustani's claims for direct copyright infringement in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

2. Default judgment is entered against S.B. Alger Studio Productions, LLC on Mr. Al-Bustani's claim for vicarious copyright infringement.

3. Judgment is entered for Mr. Al-Bustani and against the Alger Defendants, jointly and severally, comprising:  (1) $675,000 in statutory damages; (2) $52,136.80 in attorney's fees; (3) $241.20 in costs; and (4) pre- and post-judgment interest to accrue at the rate specified in 28 U.S.C. § 1961.

4. Judgment is entered for Mr. Al-Bustani and against Mr. Holder, individually and severally, comprising:  (1) $675,000 in statutory damages; (2) $31,723.30 in attorney's fees; (3) $140.70 in costs; and (4) pre- and post-judgment interest to accrue at the rate specified in 28 U.S.C. § 1961.

5. Judgment is entered for Mr. Al-Bustani and against Mr. Maiden, individually severally, comprising:  (1) $675,000 in statutory damages; (2) $4,531.90 in attorney's fees; (3) $20.10 in costs; and (4) pre- and post-judgment interest to accrue at the rate specified in 28 U.S.C. § 1961.

6. Defendants are permanently ENJOINED and RESTRAINED from engaging in any of the following acts or practices:

   a. reproducing, distributing, displaying or making any other infringing uses of the following copyrighted works:

      i. *Baphomet: The Temple Mystery Unveiled*. Reg. No. TX0008964699;

    ii.   *Clock Shavings*. Reg No. TX0009001793;

   iii.   *Genuflect*. Reg. No. TX0009002253;

   iv.   *Hocus Pocus: The Magical Power of Saint Peter*. Reg. No. TX0009002591;

    v.   *The Judas Goat: The Substitution Theory of the Crucifixion*. Reg. No. TX0009002255;

   vi.   *The Merovingian Mythos and the Mystery of Rennes-le-Chateau*. Reg. No. TX0008996661;

   vii.   *Money Grows on the Tree of Knowledge*. Reg. No. TX0009002265;

  viii.   *Novus Mysterium Baphometis Revelatum*. (a.k.a. *Mysterium Baphometis Revelatum*). Reg. No. TXu002268386; and

   ix.   *Solomon's Treasure: The Magic and Mystery of America's Money*. Reg. No. TX0009001798.

b.  modifying, altering or incorporating copyright-protected elements of the copyrighted works listed in Paragraph 6(a) (the "Works") in new works; and

c.  using the Internet or any online media distribution system to reproduce (i.e., download) any of the Works or derivatives thereof, to distribute (i.e., upload) any of the Works or derivatives thereof, or to make any of the Works or derivatives thereof available for distribution to the public, except pursuant to a lawful license and with the express authority of Mr. Al-Bustani; and

d.  assisting, aiding or abetting any other person or entity in engaging or

performing any of the activities referred to in Paragraphs 6(a)-1(c) above.

Filed this 15th day of August, 2024.


RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk